FILED
JUL - 1 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ROBEY HAIRSTON,

    Petitioner,

    v.

CYNTHIA HERT,

    Respondent.

Case No. EDCV 10-0652-RGK (MLG)

JUDGMENT

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: July 1, 2010

_____
R. Gary Klausner
United States District Judge